2011 JUL 22 AM 11:49

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, ) ) ) | |
| Plaintiff, ) ) | CIVIL ACTION NO. |
| v. ) ) ) | 2 11 CV 265 |
| FAIR OAKS DAIRY FARMS, LLC, ) ) ) | JURY TRIAL DEMAND |
| Defendant. ) | |

## NATURE OF THE ACTION

This is an action under Title VII of the Civil Rights Act of 1964 and Title I of the Civil Rights Act of 1991 to correct unlawful employment practices on the basis of sex, and to provide appropriate relief to Martha Marquez who has been adversely affected by such practices. As alleged with greater particularity in paragraph seven below, the Commission alleges that Defendant Fair Oaks Dairy Farm, LLC ("Fair Oaks" or "Defendant Employer") since at least July 2009, subjected Ms. Marquez to sexual harassment because of her sex.

## JURISDICTION AND VENUE

1. Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 451, 1331, 1337, 1343, and 1345. This action is authorized and instituted pursuant to Section 706(f)(1) and (3) of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e-5(f)(1) and (3) ("Title VII"), and Section 102 of Title I of the Civil Rights Act of 1991, 42 U.S.C. § 1981a.

2. The employment practices alleged to be unlawful were being committed within the jurisdiction of the United States District Court for the Northern District of Indiana,

Hammond Division.

## PARTIES

3. Plaintiff, the Equal Employment Opportunity Commission (the "Commission"), is the agency of the United States of America charged with the administration, interpretation, and enforcement of Title VII, and is expressly authorized to bring this action by Section 706(f)(1) and (3) of Title VII, 42 U.S.C. § 2000e-5(f)(1) and (3).

4. At all relevant times, Defendant Employer, an Indiana Corporation, has continuously been doing business in the State of Indiana and in Newton County Indiana, and has continuously had at least 15 employees.

5. At all relevant times, Defendant Employer has continuously been an employer engaged in an industry affecting commerce within the meaning of Sections 701(b), (g) and (h) of Title VII, 42 U.S.C. §§ 2000e(b), (g) and (h).

## STATEMENT OF CLAIMS

6. More than thirty days prior to the institution of this lawsuit, Martha Marquez filed a charge with the Commission alleging violations of Title VII by Defendant Employer. All conditions precedent to the institution of this lawsuit have been fulfilled.

7. Since at least July 2009, Defendant Employer engaged in unlawful employment practices at its Newton County facility in violation of Section 703(a)(1) of Title VII, 42 U.S.C. § 2000e-(2)(a)(1), by subjecting Martha Marquez to sexual harassment because of her sex, including allowing one of its male supervisors to expose himself to Ms. Marquez, proposition her for sex, and touch her in an offensive manner.

8. The effect of the practice complained of in paragraph seven above has been to deprive Martha Marquez of equal employment opportunities, and otherwise adversely affect

her status as an employee because of her sex.

9. The unlawful employment practices complained of in paragraphs seven and eight above were intentional.

## PRAYER FOR RELIEF

Wherefore, the Commission respectfully requests that this Court:

A. Grant a permanent injunction enjoining Defendant Employer, its officers, agents, servants, employees, attorneys, and all persons in active concert or participation with them, from allowing sexual harassment of its employees.

B. Order Defendant Employer to institute and carry out policies, practices, and programs which provide equal employment opportunities for women, and which eradicate the effects of its past and present unlawful employment practices.

C. Order Defendant Employer to make whole Martha Marquez, by providing appropriate compensation for past pecuniary losses resulting from the unlawful employment practices described in paragraphs seven and eight above, in amounts to be determined at trial, and to provide appropriate affirmative relief necessary to eradicate the effects of its unlawful employment practices.

D. Order Defendant Employer to make Martha Marquez whole by providing compensation for past nonpecuniary losses resulting from the unlawful employment practices described in paragraphs seven and eight above, including emotional pain and suffering, loss of enjoyment of life, humiliation, embarrassment, and inconvenience, in amounts to be determined at trial.

E. Grant such further relief as the Court deems necessary and proper in the public interest.

F.  Award the Commission its costs of this action.

## JURY TRIAL DEMAND

The Commission requests a jury trial on all questions of fact raised by its complaint.

*[signature]*
LAURIE A. YOUNG, #11480-49
Regional Attorney

*[signature]*
MICHELLE EISELE, #12070-49
Supervisory Trial Attorney

*[signature]*
ROBIN M. LYBOLT
Trial Attorney, #20999-30
EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION
101 W. Ohio Street, Suite 1900
Indianapolis, IN 46204
(317) 226-5049
Fax: (317) 226-5571
robin.lybolt@eeoc.gov