UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | Cause No.: 2:11-CV-00265-RL-APR |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| FAIR OAKS DAIRY FARMS, LLC, | ) ) | |
| Defendant. | ) | |

**CORPORATE DISCLOSURE STATEMENT**

Defendant Fair Oaks Dairy Farms, LLC hereby files this Corporate Disclosure Statement pursuant to Fed. R. Civ. P. 7.1.

1. **Identify all parent corporation(s).**

   Road 600 LLC is a parent corporation of Fair Oaks Dairy Farms, LLC.

2. **List any publicly-held company that owns 10% or more of the party's stock.**

   No publicly held corporation owns more than 10% of their stock.

   Respectfully submitted,

Date: August 8, 2011

/s/ Amanda Couture
Amanda Couture (24838-57)
DeLaney & DeLaney LLC
3646 Washington Blvd.
Indianapolis, IN 46205
Phone: (317) 920-0400
Fax: (317) 920-0404
acouture@delaneylaw.net

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 8th day of August, 2011, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

    Laurie A. Young
    Michelle Eisele
    Robin M. Lybolt
    Equal Employment Opportunity Commission
    laurie.young@eeoc.gov
    michelle.eisele@eeoc.gov
    robin.lybolt@eeoc.gov

                                          /s/ Amanda Couture
                                          Amanda Couture (#24838-53)