# Exhibit 2

*Name Searched On:*
**FAIR OAKS (Legal)**

**Current Information**

*Entity Legal Name:*
**FAIR OAKS DAIRY FARM, L.L.C.**

*Entity Address:*
**5431 EAST 600 NORTH ROAD, FAIR OAKS, IN 47943**

*General Entity Information:*

Control Number: **1999021888**
Status: **Active**
Entity Type: **Domestic Limited Liability Company (LLC)**

Entity Creation Date: **2/24/1999**
Entity Date to Expire:
Entity Inactive Date:

**This entity is current with Business Entity Report(s).**

There are no other names on file for this Entity.

**Additional Services Available:**

| | |
|---|---|
| GO | **View additional information for the entity**, including **transaction history, merger information, registered agent, principals and corporate report information (years paid and years due).** |
| GO | Generate an official Certificate of Existence/Authorization. There is a total fee of $20.00 for *IN.gov* subscribers and a fee of $21.42 for credit card users. Example Certificate. Please note that when an entity has a past due business entity report, the Certificate of Existence will indicate that the entity is not current. An entity is current if no reports are past due. |
| GO | **Generate Copies of Business Entity Documents.** |
| GO | **Request Information Printouts or Certificates.** There is no fee to place an order; however, you will be billed for any statutory fees associated with your order.<br>View fee schedule  View turn around time |
| GO | **File Supplemental Filings.** Select this option to determine what filings are available online for this entity. |

NEW SEARCH
If you encounter technical difficulties while using these services, please contact the *IN.gov* Webmaster.
If you are unable to find the information you need through the resources provided on this web site, please contact Secretary of State Charles P. White's Business Services Division at 317-232-6576.

« Business Services Home Page

*Name Searched On:*
**FAIR OAKS (Legal)**

**Current Information**

*Entity Legal Name:*
**FAIR OAKS DAIRY PRODUCTS, L.L.C.**

*Entity Address:*
**864 N 600 E, FAIR OAKS, IN 47943**

*General Entity Information:*

Control Number: **2002062800061**
Status: **Active**
Entity Type: **Domestic Limited Liability Company (LLC)**

Entity Creation Date: **6/27/2002**
Entity Date to Expire:
Entity Inactive Date:

**This entity is current with Business Entity Report(s).**

There are no other names on file for this Entity.

**Additional Services Available:**

| | |
|---|---|
| GO | **View additional information for the entity**, including **transaction history, merger information, registered agent, principals and corporate report information (years paid and years due).** |
| GO | **Generate an official Certificate of Existence/Authorization.** There is a total fee of $20.00 for *IN.gov* subscribers and a fee of $21.42 for credit card users. Example Certificate. Please note that when an entity has a past due business entity report, the Certificate of Existence will indicate that the entity is not current. An entity is current if no reports are past due. |
| GO | **Generate Copies of Business Entity Documents.** |
| GO | **Request Information Printouts or Certificates.** There is no fee to place an order; however, you will be billed for any statutory fees associated with your order.<br>View fee schedule View turn around time |
| GO | **File Supplemental Filings.** Select this option to determine what filings are available online for this entity. |

NEW SEARCH

If you encounter technical difficulties while using these services, please contact the *IN.gov* Webmaster.
If you are unable to find the information you need through the resources provided on this web site, please contact Secretary of State Charles P. White's Business Services Division at 317-232-6576.

« Business Services Home Page