# Exhibit 1

## W-2 #1

| Field | Value |
|---|---|
| 22222 Void | ☐ |
| a Employee's social security number | [redacted] |
| OMB No. 1545-0008 | |
| b Employer identification number (EIN) | 73-1658805 |
| c Employer's name, address, and ZIP code | FAIR OAKS DAIRY PRODUCTS, LLC<br>864 N 600 E<br>FAIR OAKS, IN 47943 |
| d Control number | 27-MARAQ35 |
| e Employee's name, address, and ZIP code | MARTHA MARQUEZ<br>[redacted] |
| 1 Wages, tips, other compensation | 9962.49 |
| 2 Federal income tax withheld | |
| 3 Social security wages | 9962.49 |
| 4 Social security tax withheld | 617.67 |
| 5 Medicare wages and tips | 9962.49 |
| 6 Medicare tax withheld | 144.46 |
| 7 Social security tips | |
| 8 Allocated tips | |
| 9 Advance EIC payment | |
| 10 Dependent care benefits | |
| 11 Nonqualified plans | |
| 12a | |
| 13 Statutory employee / Retirement plan / Third-party sick pay | ☐ ☐ ☐ |
| 12b | |
| 14 Other | Sec 125 |
| 12c | |
| 12d | |
| 15 State | IN |
| Employer's state ID number | 0114112665001 |
| 16 State wages, tips, etc. | 9962.49 |
| 17 State income tax | 151.58 |
| 18 Local wages, tips, etc. | 9962.49 |
| 19 Local income tax | 328.77 |
| 20 Locality name | JASPER |

Form **W-2** Wage and Tax Statement  **2008**  Department of the Treasury—Internal Revenue Service

Copy D - For Employer or
Copy 1 - For State, City, or Local Tax Department

For Privacy Act and Paperwork Reduction Act Notice, see the back of Copy D.

## W-2 #2

| Field | Value |
|---|---|
| 22222 Void | ☐ |
| a Employee's social security number | [redacted] |
| OMB No. 1545-0008 | |
| b Employer identification number (EIN) | 73-1658805 |
| c Employer's name, address, and ZIP code | FAIR OAKS DAIRY PRODUCTS, LLC<br>864 NORTH 600 EAST<br>FAIR OAKS, IN 47943 |
| d Control number | 27-MARAQ35 |
| e Employee's name, address, city and ZIP code | MARTHA MARQUEZ<br>[redacted] |
| 1 Wages, tips, other compensation | 11540.01 |
| 2 Federal income tax withheld | 7.56 |
| 3 Social security wages | 11540.01 |
| 4 Social security tax withheld | 715.48 |
| 5 Medicare wages and tips | 11540.01 |
| 6 Medicare tax withheld | 167.29 |
| 7 Social security tips | |
| 8 Allocated tips | |
| 9 Advance EIC payment | |
| 10 Dependent care benefits | |
| 11 Nonqualified plans | |
| 12a | |
| 13 Statutory employee / Retirement plan / Third-party sick pay | ☐ ☐ ☐ |
| 12b | |
| 14 Other | |
| 12c | |
| 12d | |
| 15 State | IN |
| Employer's state ID number | 0114112665001 |
| 16 State wages, tips, etc. | 11540.01 |
| 17 State income tax | 177.78 |
| 18 Local wages, tips, etc. | 11540.01 |
| 19 Local income tax | 380.83 |
| 20 Locality name | JASPER |