IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) ) CIVIL ACTION NO.: ) 2:11-cv-00265 RL-APR |
| Plaintiff, | ) ) |
| v. | ) ) |
| FAIR OAKS DAIRY FARMS, L.L.C., FAIR OAKS DAIRY PRODUCTS, L.L.C., d/b/a FAIR OAKS FARMS, | ) ) ) ) |
| Defendants. | ) |

**ANSWER TO AMENDED COMPLAINT AND AFFIRMATIVE DEFENSES OF DEFENDANT FAIR OAKS DAIRY FARMS, L.L.C.**

Defendant Fair Oaks Dairy Farms, L.L.C., by counsel, and as its Answer to Plaintiff's Amended Complaint states as follows:

**NATURE OF THE ACTION**

Defendant Fair Oaks Dairy Farms, L.L.C. ("Defendant") denies that it subjected Martha Marquez to sexual harassment because of her sex. The remaining allegations in the preamble of Plaintiff's Amended Complaint are legal conclusions to which no responsive pleading is required.

**JURISDICTION AND VENUE**

1.  Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 451, 1331, 1337, 1343, and 1345. This action is authorized and instituted pursuant to Section 706(f)(1) and (3) of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e-5(f)(1) and (3) ("Title VII"), and Section 102 of Title I of the Civil Rights Act of 1991, 42 U.S.C. § 1981a.

**ANSWER:** Defendant admits that this Court has jurisdiction over this matter.

Defendant denies any remaining allegations in Paragraph 1 of Plaintiff's Amended Complaint.

2. The employment practices alleged to be unlawful were being committed within the jurisdiction of the United States District Court for the Northern District of Indiana, Hammond Division.

**ANSWER:** Defendant denies that it ever employed Martha Marquez. Defendant denies any remaining allegations in Paragraph 2 of Plaintiff's Amended Complaint.

**PARTIES**

3. Plaintiff, the Equal Employment Opportunity Commission (the "Commission"), is the agency of the United States of America charged with the administration, interpretation, and enforcement of Title VII, and is expressly authorized to bring this action by Section 706(f)(1) and (3) of Title VII, 42 U.S.C. § 2000e-5(f)(1) and (3).

**ANSWER:** Defendant admits the allegations in Paragraph 3 of Plaintiff's Amended Complaint.

4. At all relevant times, Fair Oaks, Indiana Corporations, have continuously been doing business in the State of Indiana and in Newton County Indiana, and have continuously had at least 15 employees.

**ANSWER:** Defendant admits that it does business in the State of Indiana and in Newton County Indiana. Defendant denies any remaining allegations in Paragraph 4 of Plaintiff's Amended Complaint

5. At all relevant times, Fair Oaks have continuously been employers engaged in an industry affecting commerce within the meaning of Sections 701(b), (g) and (h) of Title VII, 42 U.S.C. §§ 2000e(b), (g) and (h).

**ANSWER:**   Defendant denied the allegations in Paragraph 5 of Plaintiff's Amended Complaint.

**STATEMENT OF CLAIMS**

6. More than thirty days prior to the institution of this lawsuit, Martha Marquez filed a charge with the Commission alleging violations of Title VII by "Fair Oaks Dairy Farms." All conditions precedent to the institution of this lawsuit have been fulfilled.

**ANSWER:**   Defendant admits that Marquez filed a charge with the Commission alleging violations of Title VII by "Fair Oaks Dairy Farms." Defendant denies that all conditions precedent to the institution of a lawsuit against "Fair Oaks Dairy Farms" have been fulfilled, as Marquez was never an employee of Fair Oaks Dairy Farms. Defendant denies all remaining allegations in Paragraph 6 of Plaintiff's Amended Complaint.

7. Since at least July 2009, Fair Oaks engaged in unlawful employment practices at their Newton County locations in violation of Section 703(a)(1) of Title VII, 42 U.S.C. § 2000e-(2)(a)(1), by subjecting Martha Marquez to sexual harassment because of her sex, including allowing a male supervisor to expose himself to Ms. Marquez, proposition her for sex, and touch her in an offensive manner.

**ANSWER:**   Defendant denies all allegations in Paragraph 7 of Plaintiff's Amended Complaint.

8. The effect of the practice complained of in paragraph seven above has been to deprive Martha Marquez of equal employment opportunities, and otherwise adversely affect her status as an employee because of her sex.

**ANSWER:**   Defendant denies all allegations in Paragraph 8 of Plaintiff's Amended Complaint.

9. The unlawful employment practices complained of in paragraphs seven and eight above were intentional.

**ANSWER:**   Defendant denies all allegations in Paragraph 9 of Plaintiff's Amended Complaint.

## AFFIRMATIVE DEFENSES

1. Plaintiff has failed to fulfill the conditions precedent to the institution of a Title VII lawsuit against Fair Oaks Dairy Farms, L.L.C.  Marta Marquez was never an employee of Fair Oaks Dairy Farms, L.L.C.

2. Plaintiff's claim fails to state a claim upon which relief can be granted.

3. The amount of Plaintiff's alleged damages attributable to Fair Oaks Dairy Farms, L.L.C., if any, should be diminished proportionately based on the negligence or other fault of other parties or non-parties to this action.

4. Each Count of Plaintiff's Complaint against Fair Oaks Dairy Farms, L.L.C. is barred by the doctrine of estoppel.

5. Neither Fair Oaks Dairy Farms, L.L.C. nor its agents caused, or proximately caused, the damages Plaintiff claims to have incurred.

6. Plaintiff's claims may be barred or subject to offset because of Marquez's failure to mitigate her damages.

7. Fair Oaks Dairy Farms, L.L.C. never made any employment decision regarding Marquez.

8. To the extent that Plaintiff purports to demonstrate that an improper motive played a part in any challenged employment decision, the same decision would have been made in the absence of an improper motive.

9. At all relevant times, Defendant acted reasonably and in good faith toward Marquez, and without a reckless indifference to her rights.

10. Plaintiff's claims are barred because Defendant exercised reasonable care to prevent and to promptly correct any alleged harassing behavior.

12. Defendant pleads all applicable statutes of limitation which bar, in whole or in part, to recovery by Plaintiff.

13. Plaintiff's claim is barred to the extent that Marquez's Charge of Discrimination was not filed within 300 days of the allegedly discriminatory actions.

14. Fair Oaks Dairy Farms, L.L.C. reserves the right to amend this Answer to assert any defenses disclosed during discovery or the course of litigation in this action.

WHEREFORE, Defendant Fair Oaks Dairy Farms, L.L.C. respectfully requests that Plaintiff take nothing by way of its Amended Complaint and that judgment be entered in its favor.

Respectfully submitted,

/s/ *Amanda Couture*
Kathleen A. DeLaney (#18604-49)
Amanda Couture (#24838-53)
DeLaney & DeLaney LLC
3646 Washington Blvd.
Indianapolis, IN 46205
Phone: (317) 920-0400
Fax: (317) 920-0404
kathleen@delaneylaw.net
acouture@delaneylaw.net

Patrick K. Ryan (#21068-56)
Attorney at Law
P. O. Box 218
Kentland, IN 47951
Phone: (219) 474-3020
patrickryan@earthlink.net

                                        Attorneys for Defendant Fair Oaks Dairy Farms, LLC

## CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of August, 2012, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

    Laurie A. Young
    Michelle Eisele
    Robin M. Lybolt
    Equal Employment Opportunity Commission
    laurie.young@eeoc.gov
    michelle.eisele@eeoc.gov
    robin.lybolt@eeoc.gov

                                        /s/ *Amanda Couture*
                                        Amanda Couture (#24838-53)