

UNITED STATED DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

| Equal Employment Opportunity Commission | ) | |
|---|---|---|
| Plaintiff(s) | ) | |
| V. | ) | Civil Action No. 2:11-cv-265 |
| Fair Oaks Dairy Farms, L.L.C., Fair Oaks Dairy Products, L.L.C., d/b/a Fair Oaks Farms | ) ) | |
| Defendant(s) | ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff(s) _____ recover from the defendant(s) _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____%, plus postjudgment interest at the rate of _____%, along with costs.

☐ the plaintiff(s) recover nothing, the action to be dismissed on the merits, and the defendant(s) _____ recover costs from the plaintiff(s) _____.

☒ other:   The case is DISMISSED WITH PREJUDICE pursuant to the Court's Order dated February 1, 2013.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____.

| | |
|---|---|
| Date    February 04, 2013 | CLERK OF COURT |
| | s/Kimberly S Pflueger |
| | *Signature of Clerk or Deputy Clerk* |